LAWRENCE C. SCHNITZER, Respondent, *v.* FRUEHAUF TRAILER COMPANY, Appellant.

Argued October 13, 1954; decided October 22, 1954.

*Charles H. Tuttle* and *Gerald J. Craugh* for appellant.
*Isidor Unger* and *Everett Frooks* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.